PER CURIAM.
Affirmed. See State v. Skofstad, 498 So.2d 582 (Fla. 4th DCA 1986), rev. denied, 506 So.2d 1043 (Fla.1987); State v. Nobles, 477 So.2d 32 (Fla. 1st DCA 1985), dismissed, 492 So.2d 1334 (Fla.1986). See also P.L.R. v. State, 455 So.2d 363 (Fla.1984), cert. denied, 469 U.S. 1220, 105 S.Ct. 1206, 84 L.Ed.2d 349 (1985); Stanley v. State, 559 So.2d 460 (Fla. 4th DCA 1990).
HERSEY, STONE and KLEIN, JJ., concur.